# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:  Case No.: 3:11-bk-04784-PMG

ROLAND WILFRED SAYWARD, III,

DANIECE IONE FRENG-SAYWARD,

    Debtors.
_____/

## NOTICE OF INTENT TO SELL
## PROPERTY OF THE ESTATE AT PRIVATE SALE

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman Senterfitt, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Gordon P. Jones, Chapter 7 Trustee, P.O. Box 600459, Jacksonville, FL 32260-0459; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Gordon P. Jones (the "Trustee") will sell at private sale the Estate's interest in the following described property:

    Hilton Grand Vacations timeshare in the amount of **$1,000.00**; Household Goods and Furnishings in the amount of **$3,000.00**; knick knacks and plants in the amount of **$400.00**; clothing in the amount of **$100.00**; jewelry in the

amount of $350.00; sports equipment in the amount of $150.00; 2000 Jeep Grand Cherokee in the amount of $4,000.00, less applicable exemptions, for $3,000.00; 2007 Hyundai Sonata in the amount of $12,500.00, less applicable exemptions, for $11,500.00; bankruptcy estate's rights to whole life insurance policy in the amount of $9,500.00; bankruptcy estate's rights to whole life insurance policy in the amount of $11,000.00

The sale shall be to the Debtors for $40,000.00, payable within thirty (30) days of the date of this Notice. **Furthermore, the Debtors shall forthwith provide the Trustee proof that the tangible personal property and motor vehicle, if applicable, are insured against all standard risks and that the Bankruptcy Estate is designated as a loss payee in that policy. The coverage shall continue until the sale contemplated under this Notice is finalized.**

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Gordon P. Jones, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors. **The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise."  It is the buyers' responsibility to examine title or**

otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

Accepted and Agreed to:

_____
Roland Wilfred Sayward, III

_____
Dariece Ione Freng-Sayward

Dated: 09/27, 2011.

AKERMAN SENTERFITT

By:/s/ Jacob A. Brown
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    Katherine C. Fackler
    Florida Bar No. 068549
    Email: katherine.fackler@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

Attorneys for Gordon P. Jones, Chapter 7 Trustee

{JA655712;1}

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States Mail, postage prepaid and properly addressed, this 11th day of October, 2011, to:

Roland Wilfred Sayward, III
Daniece Ione Freng-Sayward
12769 Camelia Bay Drive West
Jacksonville, FL 32223

Kevin B. Paysinger, Esq.
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207

Gordon P. Jones, Chapter 7 Trustee
P.O. Box 600459
Jacksonville, FL 32260-0459

United States Trustee – JAX7
135 W. Central Blvd., Suite 620
Orlando, FL 32801

and all parties on the attached mailing matrix.

/s/ *Jacob A. Brown*
Attorney

Label Matrix for local noticing
113A-3
Case 3:11-bk-04784-PMG
Middle District of Florida
Jacksonville
Tue Oct 11 09:34:48 EDT 2011

Jacob A. Brown
50 North Laura St., Ste 2500
Jacksonville, FL 32202-3646

Compass Bank (Real Estate/Other)
P.O. Box 201347
Arlington, TX 76006-1347

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Daniece Ione Freng-Sayward
12769 Camellia Bay Dr. W.
Jacksonville, FL 32223-3750

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Roland Wilfred Sayward III
12769 Camellia Bay Dr. W.
Jacksonville, FL 32223-3750

Wells Fargo Bank, NA
P.O. Box 25018
Tampa, FL 33622-5018

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BROCK AND SCOTT
3800 FERNANDINA RD. STE 110
Columbia SC 29210-3838

CHASE BANK CC
Attn: Correspondence
PO BOX 15298
WILMINGTON DE 19850-5298

CLIFFS VALLEY COMMUNITY ASSOC.
P.O. BOX 5539
Greenville SC 29606-5539

COMPASS BANK
ATTN: LEGAL DEPT.
PO BOX 10566
Birmingham AL 35296-0001

Duval County Tax Collector
231 Forsyth St. #130
Jacksonville FL 32202-3380

FLORIDA DEFAULT GROUP, P.I.
9119 CORPORATE LAKE DR
3RD FLOOR
Tampa FL 33634-2362

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

OCEAN HAMMOCK, POA, INC.
6972 LAKE GLORIA BLVD.
Orlando FL 32809-3200

SANCTUARY COVE CA, INC.
C/O CAMS
1630 MILITARY CUTOFF RD.
STE. 108
Wilmington NC 28403-5719

THE GEHEREN FIRM, P.C.
1535 MOUNT VERNON RD.
Atlanta GA 30338-4149

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765

WELLS FARGO BANK, NA
420 MONTGOMERY ST
SAN FRANCISCO CA 94104-1298

Gordon P. Jones +
P O Box 600459
Jacksonville, FL 32260-0459

Jacob A Brown +
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

United States Trustee - JAX 7 +
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Kevin B Paysinger +
Bankruptcy Law Firm of Lansing J Roy, PA
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207-2184

Marie D Campbell +
Florida Default Law Group
4919 Memorial Hwy, Ste 200
Tampa, FL 33634-7500

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
P.O. Box 1847
Wilson NC 27894

WACHOVIA BANK, N.A.
BANKRUPTCY DEPT
PO BOX 13765
Roanoke VA 24037-3765

(d)Wachovia Bank
F/K/A 1st Union Natl Bank
P.O. Box 2248
Jacksonville FL 32202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(d)Compass Bank (Real Estate/Other)
P.O. Box 201347
Arlington, TX 76006-1347

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29